# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129967

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARTIN WALLACE WHITWORTH, JR.,
    Defendant-Appellant.

SC: 129967
COA: 263558
Berrien CC: 1999-411282-FH

_____/

On order of the Court, the application for leave to appeal the October 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The trial court initially declined to appoint counsel to assist defendant in filing an application for leave to appeal to the Court of Appeals in this case. Appellate counsel has now been appointed, and an application for leave to appeal filed in the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

d0221